No. 10–10384. BROOKS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10391. LAI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10393. THOMPSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10395. COLEMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10396. DE LA CRUZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–10399. MOLINA-GARCIA, AKA GARCIA-MOLINA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10400. DIAZ PUNZALAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10402. LOPEZ-VILLEGAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10403. MADERA-ORTIZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–10423. VARGAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10430. PARKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–367. BURRIS, UNITED STATES SENATOR *v.* JUDGE ET AL. C. A. 7th Cir. Certiorari before judgment denied.

No. 10–9871. MARTINEZ *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–10305. VONDETTE *v.* UNITED STATES (two judgments). C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.